AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

R. ALEXANDER ACOSTA, Secretary of Labor, U. S Department of Labor
                Plaintiff,
   v.

KIZZANG LLC; ROBERT ALEXANDER, et al.,
                Defendants.

DEFAULT JUDGMENT  IN A CIVIL CASE

Case Number: 2:18-cv-01559-RFB-BNW

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Pursuant to the [21] Court's Order, Judgment is entered on behalf of Plaintiff. Defendants Kizzang and Alexander are jointly and severally liable for $99, 807.05 and Judgment Award is entered against them in that amount.  Parties are directed to the [21] Order for specific instructions.

  4/10/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ D. Reich-Smith  
Deputy Clerk